UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE | § | CIVIL ACTION NO. 19-10925 |
| COMPLAINT OF THE OWNERS OF | § | |
| THE M/T AMERICAN LIBERTY | § | JUDGE VANCE |
| FOR EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | MAGISTRATE ROBY |

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER FOR MONITION AND
## ENJOINING SUITS AND FOR STIPULATION OF VALUE

A complaint having been filed on this day by Petitioners, American Petroleum Tankers X, LLC, as owner of the M/T AMERICAN LIBERTY (the "Vessel"), and Crowley Global Ship Management, Inc., as owner *pro hac vice* of the Vessel (collectively "Petitioners"), seeking exoneration from or limitation of liability in respect of any loss, damage, injury, death, or destruction arising out of an incident involving the vessel on May 16, 2019, and for certain other relief; the complaint having stated the facts and circumstances upon which said exoneration or limitation is claimed; and it appearing that claims have been and/or are about to be made against the Petitioners for loss, damage, injury, death or destruction alleged to have been incurred on that date;

Now, on motion of the attorneys for the Petitioners herein, it is ORDERED that:

1. *Monition*. The Clerk issue a monition under the seal of this Court to all persons claiming damage for any and all loss, destruction, damage, injury, or death occasioned by or resulting from the casualty referred to in the complaint, or by reason of the incident on May 16, 2019, as referred to in the complaint, citing them and each of them to file their respective claims with the Clerk of this Court under oath as provided for in the Federal Rules of Civil Procedure and to serve on or to mail to the attorneys for Petitioners a copy thereof on or before the 7th day of October, 2019 (the "Default Date"), and requiring any person who

desires to contest Petitioners' rights to exoneration from or limitation of liability to file an answer to the complaint and to serve on or mail to the attorneys for the Petitioners a copy thereof on or before the Default Date.

2. *Publication*. Petitioners and/or their attorneys shall cause notice of the filing of the complaint to be given by publication in the form required by Rule F of the Supplemental Rules Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure ("Supplemental Rule F") by publishing a copy of said notice in the Times-Picayune or the New Orleans Advocate once each week for four successive weeks in the form attached to this order as Exhibit A, and that Petitioners shall certify to the Court that such publication has been made not later than the deadline set herein for the filing of claims (the Default Date).

3. *Notice*. Not later than the second publication, Petitioners and/or their attorneys will mail a copy of (a) the monition, (b) Supplemental Rule F, and (c) this Order to every person known to have asserted any claim or filed an action against Petitioners or the Vessel in connection with the incident that occurred on May 16, 2019, and/or the happenings and occurrences set forth in the complaint, or arising on the voyage described in the complaint.

4. *Claims and Objections*. Persons with (a) claims arising out of the incident that occurred on May 16, 2019 involving the Vessel, and/or otherwise arising out of that voyage; or, (b) objections to the Petitioners' right of exoneration from liability or the right to limitation of liability must file such claims or objections under oath with the Clerk of this Court and deliver or mail a copy of them to Jason P. Waguespack, Galloway, Johnson, Tompkins, Burr & Smith, PLC, 701 Poydras St Suite 4000, New Orleans, LA 70139, no later than the Default Date.

5. *Injunction*. The filing, commencement, or further prosecution of any and all suits, actions, or legal proceedings of any nature, wherever filed and by whosoever made, except

in the present limitation proceedings in respect to any claim or demand against the Petitioners and/or the Vessel, or any combination of them, arising out of the incident that occurred on May 16, 2019, are hereby stayed, restrained, and enjoined unless and until the hearing and termination of this proceeding.

6. *Ad Interim* Stipulation. The value of the Vessel and her pending freight is stipulated to not exceed $109,250,000.00 (ONE HUNDRED AND NINE MILLION, TWO HUNDRED AND FIFTY THOUSAND, AND NO/100 US DOLLARS). If any claimant by motion demands that security be given by the Petitioners or be increased on the ground that it is less than the value of the Petitioners' interest in the vessel and pending freight, the Court will cause due appraisement to be made of the Petitioners' interest in the vessel and pending freight and, if the Court finds that security is either insufficient or excessive, it shall order its increase or reduction. If the amount of said *Ad Interim* Stipulation is not contested by any claimant, said *Ad Interim* Stipulation shall stand as a stipulation for value, and an appraisal by a commissioner will not be required.

7. *Service*. That the service of this Order as a restraining order may be made in this District in the usual manner and in any other district by the United States Marshal for such District by delivery of a certified copy of this Order to the persons to be restrained or to his or their respective attorney.

Signed this 7th day of June, 2019.

_____
Sarah Vance
United States District Judge

3